COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-08-075-CV

 

 

IN RE LESLIE RAY LAMBERT                                                    RELATOR

                                                                                                        

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The court
has considered relator=s petition for writ of
mandamus.  No petition for bill of review
could be located.  The court is of the
opinion that relief should be denied. 
Accordingly, relator=s
petition for writ of mandamus is denied.

 

PER CURIAM

 

 

PANEL A: 
DAUPHINOT, J.; CAYCE, C.J.; and MCCOY, J.

 

DELIVERED: 
March 4, 2008











    [1]See
Tex. R. App. P. 47.4.